```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12599
   JOSEPH R SIMON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-6520
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/16/07 and confirmed on 11/28/07.

2. The case was dismissed after confirmation, 05/16/2008.

3. The Debtor paid a total of $ 1800.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 1368.33 | 24.31 | 728.39 |
| GEORGIA WALKER | CHILD SUPPORT | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | PRIORITY | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1211.68 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 13701.37 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1368.33 | .00 | 14913.05 | .00 | 16281.38 |
| PRINCIPAL PAID | 728.39 | .00 | .00 | .00 | 728.39 |
| INTEREST PAID | 24.31 | .00 | .00 | .00 | 24.31 |
| TOTAL PAID | 752.70 | .00 | .00 | .00 | 752.70 |

The Debtor's attorney, JOHN A REED              , was allowed $    3500.00
and was paid $    526.00   direct and $    971.19  through the plan.

The Trustee received $     76.11 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
  Dated: 08/20/08                          /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 12599 JOSEPH R SIMON
```